**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY GRAHAM,<br>Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>Defendants. | No. 2:26-cv-1840-ICD<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff names the following three entities as defendants: (1) Equifax Information Services, LLC; (2) Trans Union, LLC; and (3) LVNV Funding, LLC. ECF No. 1.

Plaintiff has filed a notice of voluntary dismissal as to Defendant Equifax Information Services, LLC. ECF No. 18. Because no answer or motion for summary judgment has been filed by this defendant, leave of Court is not required and the action is dismissed as against Defendant Equifax Information Services, LLC, on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties have filed stipulations for voluntary dismissal as to Defendants Trans Union, LLC, ECF No. 15, and LVNV Funding, LLC, ECF No. 17. Because the stipulations have been signed by all counsel representing Plaintiffs and these defendants, leave of Court is not required and the action is dismissed as to Defendants Trans Union, LLC, and LVNV Funding, LLC, on the parties' notices. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: September 25, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE